1  FENNEMORE CRAIG, P.C.
   Amy Abdo, CA Bar No. 148996
2  3003 North Central Avenue
   Suite 2600
3  Phoenix, AZ  85012-2913
   Telephone:   (602) 916-5000
4  Facsimile:    (602) 916-5999

5  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| CABOT CREEKSIDE 4, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CABOT INVESTMENT PROPERTIES, LLC, a Massachusetts limited liability company; CABOT CREEKSIDE ACQUISITION LLC, a Delaware limited liability company; CARLTON P. CABOT, and TIMOTHY F. KROLL,<br><br>Defendants. | Case No. SACV 10-01843-CJC(RNBx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

FENNEMORE CRAIG,
P.C.
ATTORNEYS AT LAW
PHOENIX

WHEREAS, the parties have filed a stipulation of dismissal with prejudice, it is hereby ORDERED, that the above captioned case be, and hereby is, dismissed, with prejudice.

So ORDERED this 22nd day of June, 2012

_____
JUDGE, UNITED STATES DISTRICT COURT